# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Charmaine C Rondon | Chapter: 13 |
| Debtor, | Case No: 21–11440 |
| | Judge Janet E. Bostwick |

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

Please take notice that the Order Confirming the Chapter 13 Plan was entered on **3/25/22.**

Date:3/25/22

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

Yvonne Woodbury
Deputy Clerk
617–748–5336

34 – 25